IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| THERESA A. TOWNE, | |
|---|---|
| Plaintiff, | Case No. CV 09-287-S-BLW |
| v. | **ORDER** |
| KEN SALAZAR, SECRETARY, DEPRATMENT OF THE INTERIOR; LARRY FRAZIER, ASSISTANT DISTRICT MANAGER, VALE DISTRICT BLM; PAT RYAN, MALHEUR RESOURCE AREA FIELD MANAGER, VALE DISTRICT BLM; RENEE STRAUB, ASSISTANT MALHEUR RESOURCE AREA FIELD MANAGER, VALE DISTRICT BLM, | |
| Defendants. | |

Before the Court is Plaintiff's Motion or Notice (Docket No. 14) of request to waive service of defendants. For the following reasons the motion is denied.

## BACKGROUND

Plaintiff Theresa Towne filed this lawsuit against above-named Defendants regarding Defendants' employment management decisions affecting Plaintiff. Accordingly, Plaintiff states claims against Defendants in their official capacities as officers or employees of the United States. *Complaint* (Docket No. 2). This

Court issued an order on November 30, 2009 indicating that it had been more than 120 days since Plaintiff filed her complaint, and giving Plaintiff until December 14, 2009 to serve the named Defendants. *Docket Entry Order* (Docket No. 10). At Plaintiff's request, this deadline was extended to February 8, 2010. On February 3, 2010, Plaintiff filed a Motion (Docket No. 14) or Notice to the Court that she was seeking waiver of service from Defendants.

## ANALYSIS

The Federal Rules of Civil Procedure set forth the requirements for serving officers and employees of the United States, as Plaintiff seeks to do here. Fed. R. Civ. P. 4(i). The provision for waiving service does not apply to the United States, its agencies, corporations, officers, or employees. *See* Fed. R. Civ. P. 4(d)-(f), (h). The Court must provide reasonable time for a plaintiff to cure its failure to serve officers or employees of the United States so long as "the party has served either the United States attorney or the Attorney General of the United States." Fed. R. Civ. P. 4(i)(4).

Despite the Court granting Plaintiff's requested extension to serve Defendants, Plaintiff has failed to satisfy the requirements for service under Rule 4(i). Therefore, the Court will dismiss the matter without prejudice, for lack of service under Rule 4(m).

# ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion (Docket No. 14) is denied;

IT IS FURTHER ORDERED THAT this matter shall be dismissed without prejudice.



DATED: **February 20, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge